United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGEY DONSKOY,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES (USCIS),<br><br>    Defendant. | Case No. 25-cv-00032-WHO<br><br>**REFERRAL FOR PURPOSE OF<br>DETERMINING RELATIONSHIP** |

   Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the

Honorable Charles R. Breyer for consideration of whether the case is related to *Donskoy v. USCIS*,

No. 3:21-cv-4757-CRB.

   **IT IS SO ORDERED.**

Dated: March 18, 2025



WILLIAM H. ORRICK
United States District Judge